APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jason Ward
(Please print)

STREET ADDRESS: 2248 West Belmont Avenue

CITY/STATE/ZIP: Chicago, IL 60618

PHONE NUMBER: (773) 506-4545

CASE NUMBER: **08CV1570**
**JUDGE HART**
**MAG.JUDGE MASON**

_____
Signature

March 18, 2008
Date

FILED
MAR 1 8 2008
Mar 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT