AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jason Ward

V.

HSBC CARD SERVICES, INC.

CASE NUMBER: **08CV1570**
ASSIGNED JUDGE: **JUDGE HART**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE MASON**

TO: (Name and address of Defendant)

Hsbc Card Services, Inc.
208 South LaSalle Street
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason Ward
2248 West Belmont Avenue
Chicago, IL 60618

an answer to the complaint which is herewith served upon you, within ~~thirty~~ Twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

March 18, 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 4/01/08 AT 2:50 P.M. |
| NAME OF SERVER (PRINT) SUSAN JIMENEZ | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DEFENDANT HSBC CARD SERVICES C/O REGISTERED AGENT, CT CORPORATION SYSTEM AT 208 S. LASALLE STREET, SUITE #814. *CHICAGO, IL SERVED AUTHORIZED AGENT AND PROCESS SPECIALIST, TIM LIGHT. M,W,33YRS.,6'0",225LBS.,BROWN HAIR,BEARD,MOUSTACHE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $50 | $50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/01/08
Date

*Signature of Server* Susan H. Jimenez

Address of Server:
LEGAL DOCUMENT MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603

FILED
JN
APR 11 2008
April 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.