IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
APR 11 2008
April 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JASON WARD,
   Plaintiff,

v.

HSBC CARD SERVICES, INC.,
   Defendant.

Civil Action No. 08CV 1570

JUDGE HART

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Jason Ward; defendant is HSBC Card Services, Inc.

2. On March 18th, 2008, plaintiff sued defendant.

3. Defendant has been served with process and has not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not filed nor dismissed any other action based on or including the same claims as those presented in this suit.

1

8. Plaintiff and Defendant have through amicable negotiation agreed to a mutually satisfactory settlement which eliminates any requirement to litigate this matter.

9. This dismissal is with prejudice to refilling.

                    Respectfully submitted,

By: *[signature]*

Jason Ward, Pro Se

2248 West Belmont

Chicago, IL  60618

Tel. (773) 506-4545

Email: jward@ktrk-tv.com

### Certificate of Service

I certify that a copy of this Notice of Dismissal was served on Mr. Andrew Jung of HSBC Card and Retail Services Law Department, and whose address is 26525 N. Riverwoods Blvd., 5SW Mettawa, IL  60045, telephone number (224) 544-2980 by fax to fax number (224) 552-2980.

*[signature]*

Jason Ward, Plaintiff, Pro Se